IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-512-BO

UNITED STATES OF AMERICA, ex rel.,    )
ANJELICA BROWN,                       )
                                      )
        Plaintiff-Relator,            )
                                      )
                                      )
    v.                                )
                                      )
                                      . )
MIND PATH CARE CENTERS, NORTH         )     **EX PARTE AND**
CAROLINA, PLLC, JEFF WILLIAMS,        )     **UNDER SEAL**
ABIGAIL SHERIFF, AND SARAH            )
WILLIAMS,                             )
                                      )
        Defendants.                   )

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1.    The Relator's complaint, motions for extension (but not supporting memoranda), orders allowing extensions, motion to partially lift seal (but not memoranda), order partially lifting seal, the government's notice of election to intervene in part and to decline to intervene in part, and this order be unsealed;

2.    The United States ("Government") serve their Notice upon defendants, together with this Order, and file and serve their Complaint in Intervention within 90 days as provided in 31 U.S.C. § 3730(c) and Fed. R. Civ. P. 4 and 15;

1

3. The relator serve his Amended Complaint as to any remaining issues upon defendants as provided in 31 U.S.C. § 3730(c) and Fed. R. Civ. P. 4 and 15;

4. All memoranda and other papers or orders on file in this matter shall remain under seal;

5. The seal be lifted on all other matters occurring in this action after the date of this Order;

6. As to the part of the action in which the Government has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. All orders of this Court shall be sent to the Government; and that

8. Should the relator or the defendants propose that the part of the action in which the Government has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _2 4_ day of _July_, 2023.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge

2