Index for Amended Complaint

| Exhibit | Description |
| --- | --- |
| A | EHR message August 17, 2018 |
| B | EHR message January 28, 2019 |
| C | April 2, 2019, email |
| D | EHR message April 2, 2019 |
| E | April 3, 2019, email |
| F | 11:45 AM email |
| G | EHR message October 4, 2019 |
| H | EHR message July 26, 2019 |
| I | EHR message August 30, 2019 |
| J | Relator spreadsheet |