

**View Message from:** Redacted — Google Chrome

pm-wfe-113.advancedmd.com/practicemanager/main/main_message.asp

Contacts — EHR Users Only

Route To — Shared Action Item / Individual Action Items: BLAIR

Route Date: 08/17/2018
Route Time: 02 : 14 PM
Message Type: *OTHER
Priority: NORMAL

Linked/Routed Item:

Patient: Redacted

Message:

States he called several months ago with billing concerns. States he has changed providers because each new provider is billing a more expensive visit. States he also filed a grevience with his insurance visit. States today he was billed for an hour apt today, after the provider was unavailable to see him sooner. States he received a CSL message that he was not being billed new patient sessions. States he is concerned with our lack of documentation of his concerns and "what I excpect to be fraudulent billing." Requesting a call from a supervisor. Can not afford a more expensive visit ever 3 months because we can't keep our providers.

GOVERNMENT EXHIBIT A