

Message:

DOS 9/19/18 NOTE IN EHR DOES NOT HAVE 90833 DOCUMENTED, BUT IT LOOKS LIKE IT WAS PAID BY INSURANCE. PLEASE ADVISE?
THANKS, Redacted 1/28/19

-----Original Message-----
*109059 PT IS ASKING FOR NOTES AND CODING TO BE REVIEWED FOR 9/19/18 AND 1/9/2019. FEELS THE SECONDARY CODE IS IN ERROR. WILL YOU PLEASE REVIEW? THANK YOU.

1/28/19 RHI

11/29/2018 03:06 PM — Other — THAT'S GOOD ENOUGH! THANKS
11/29/2018 01:08 PM — Other — I'm guessing hospital visits, but I don't

GOVERNMENT EXHIBIT B