**From:** Redacted
**Sent:** Tuesday, April 2, 2019 1:48 PM
**To:** Crystal Campbell; Abigail Sheriff
**Subject:** Coding Appointments

Hello,

I wanted to pass along that patient 94427 checked in for her appointment at 1:28 pm and was checking out making her next appointment by 1:38 pm. She was charged a a 99214, 90833 for this visit. I know we are going to be working towards the providers being made aware that this is unacceptable but I feel the need to pass along how egregious this specific appointment was coded. This patient does not have MH benefits through her insurance and thus paid $255 for a 10 minute appointment.

If I am crossing and boundaries by bringing this to attention please let me know. I just feel so bad for patients that genuinely need and want our help and are abused financially.

Thanks,
Redacted

GOVERNMENT EXHIBIT C