

Message:
PT SAID SHE WAS GOING TO REPORT TO MEDICARE FOR CODING. WAIVED COINS & MAILED LETTER

THANKS, [Redacted] 4/9/19

-----Original Message-----
SPOKE TO PT SHE IS DISPUTING CODES FOR 12/4/18 SAYING IT WASNT AN INITIAL EVAL, AND 12/26/18 SAYING IT WAS A QUICK 5 MINUTE SESSION.

REVIEW NOTES & SEND TO DR 61 & CALL PT NEXT WEEK

# Redacted

GOVERNMENT EXHIBIT D