### Re: Coding Appointments

**You** — Apr 3
To: Redacted, Crystal Campbell, + 1

76057 checked in at 8:30 and was checking out scheduling his next appointment at 8:34. According to the PN, the patient was brought back at 8:28 and the appointment ended at 8:45. This goes against the coding guidelines noting that a 90833 appointment MUST be at least 16 minutes long.

Thanks,

*Anjelica Brown*
*Interoffice Assistant*
*Carolina Partners in Mental HealthCare, PLLC*

---

**From:** Redacted
**Sent:** Wednesday, April 3, 2019 6:21 AM
**To:** Anjelica Brown
**Subject:** Fw: Coding Appointments

---

**From:** Redacted
**Sent:** Tuesday, April 2, 2019 1:48 PM
To: Crystal Campbell; Abigail Sheriff

GOVERNMENT EXHIBIT E