


Message text: "*45213 Hi! This patient called about the 90833 code on her bill. She is typically only charged 1 code. There was nothing unique about the last appt and it was only 10-15 minutes. Looking at the note, I don't see a 90833 documented. Can you check the coding for DOS 9/3/19? Thank you! 10/4/19 MS"

GOVERNMENT EXHIBIT G