

Government Exhibit H