



GOVERNMENT EXHIBIT
I