| Provider | MindPath Office Location | Patient | Date | Check-in Time | Provider's Start Time | Provider's Add-on Start Time | Provider's Add-on End Time | Provider's Total Claimed Add-on Time | Check-out Time | Add-on Start Time to Check-out Time | Provider's Note | Attorney's Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | Bush St., Raleigh | C.G. | 10/30/18 | 10:16 | 10:31 | 10:44 | 11:00 | 0:16 | 10:48 | 0:04 | "Covered by Medicare? Yes" | |
| Redacted | Bush St., Raleigh | C.C. | 11/12/18 | 9:39 | 9:40 | 9:44 | 10:00 | 0:16 | 9:58 | 0:14 | "Covered by Medicare? No" | |
| Redacted | Bush St., Raleigh | F.H. | 11/15/18 | 4:59 | 8:08 | 8:12 | 8:28 | 0:16 | 8:08 | (0:04) | "Covered by Medicare? Yes" | |
| Redacted | Bush St., Raleigh | C.A. | 12/19/18 | 10:24 | 10:31 | 10:44 | 11:00 | 0:16 | 10:47 | 0:03 | "Covered by Medicare? Yes" | |
| Redacted | Bush St., Raleigh | E.D. | 1/30/19 | 9:56 | 10:00 | 10:01 | 10:17 | 0:16 | 10:14 | 0:13 | "Covered by Medicare? No" | |
| Redacted | Bush St., Raleigh | C.H. | 2/12/19 | 9:27 | 9:31 | 9:44 | 10:00 | 0:16 | 9:45 | 0:01 | "Covered by Medicare? No" | |
| Redacted | Bush St., Raleigh | D.B. | 3/5/19 | 9:48 | 10:21 | 10:21 | 10:37 | 0:16 | 10:26 | 0:05 | "Covered by Medicare? Yes" | |
| Redacted | Bush St., Raleigh | N.M | 3/7/19 | 11:27 | 11:30 | 11:43 | 11:59 | 0:16 | 11:40 | (0:03) | "Covered by Medicare? No" | |
| Redacted | Bush St., Raleigh | C.H. | 3/13/19 | 9:19 | 9:32 | 9:44 | 10:00 | 0:16 | 9:45 | 0:01 | "Covered by Medicare? No" | |
| Redacted | Bush St., Raleigh | T.C. | 3/20/19 | 10:45 | 11:00 | 11:10 | 11:26 | 0:16 | 11:14 | 0:04 | "Covered by Medicare? No" | |
| Redacted | Bush St., Raleigh | P.Y. | 4/1/19 | 8:02 | 8:00 | 8:14 | 8:30 | 0:16 | 8:20 | 0:06 | "Covered by Medicare? Yes" | |
| Redacted | Bush St., Raleigh | D.W. | 4/8/19 | 12:17 | 12:31 | 12:44 | 1:00 | 0:16 | 12:41 | (0:03) | "Covered by Medicare? Yes" | |
| Redacted | Bush St., Raleigh | P.B. | 4/10/19 | 9:42 | 10:07 | 10:07 | 10:23 | 0:16 | 10:19 | 0:12 | "Covered by Medicare? Yes" | |
| Redacted | SE Cary Parkway, Cary | M.S. | 9/6/16 | 11:21 | 11:30 | 11:35 | 11:55 | 0:20 | 11:49 | 0:14 | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | D.G.B. | 2/28/18 | 2:48 | 2:55 | 2:55 | 3:15 | 0:20 | 3:07 | 0:12 | "Covered by Medicare? Yes" | |
| Redacted | SE Cary Parkway, Cary | D.G.B. | 10/18/18 | 1:22 | 4:32 | 4:36 | 4:53 | 0:17 | 4:51 | 0:15 | "Covered by Medicare? Yes" | |
| Redacted | SE Cary Parkway, Cary | J.M. | 5/8/19 | 10:30 | 10:32 | 10:35 | 10:53 | 0:18 | 10:50 | 0:15 | "Covered by Medicare? Yes" | No time alloted for primary code |
| Redacted | SE Cary Parkway, Cary | M.A | 7/16/19 | 10:00 | 9:50 | 9:53 | 10:10 | 0:17 | 10:07 | 0:14 | "Covered by Medicare? Yes" | Maximum possible: 0:07 check-in to check-out |
| Redacted | Situs Ct., Raleigh | C.V. | 2/13/19 | 2:25 | 2:33 | Not Recorded | Not Recorded | Not Recorded | 2:47 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | Situs Ct., Raleigh | J.S. | 3/5/19 | 10:41 | 11:00 | Not Recorded | Not Recorded | Not Recorded | 11:20 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | Situs Ct., Raleigh | D.G. | 3/8/19 | 10:58 | 10:58 | 10:58 | 11:12 | 0:14 | 11:09 | 0:11 | "Covered by Medicare? No" | |
| Redacted | Situs Ct., Raleigh | N.S. | 3/19/19 | 8:22 | 8:34 | Not Recorded | Not Recorded | Not Recorded | 8:49 | < 0:15 | "Covered by Medicare? No" | Only 0:15 from provider's start to check-out |
| Redacted | Situs Ct., Raleigh | A.F. | 3/27/19 | 3:49 | 3:56 | 4:00 | 4:12 | 0:12 | 4:15 | 0:15 | "Covered by Medicare? No" | |
| Redacted | Situs Ct., Raleigh | J.W.M. | 7/12/19 | 8:42 | 8:55 | 9:00 | 9:14 | 0:14 | 9:20 | 0:20 | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | C.S. | 7/2/17 | 2:54 | 3:00 | Not Recorded | 3:30 | Not Recorded | 3:19 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | F.J. | 5/17/18 | 1:49 | 2:00 | Not Recorded | 2:30 | Not Recorded | 2:19 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | C.S. | 6/25/18 | 2:30 | 2:30 | Not Recorded | 3:00 | Not Recorded | 2:48 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | L.H. | 8/16/18 | 6:21 | 9:30 | Not Recorded | 10:00 | Not Recorded | 9:43 | < 0:13 | "Covered by Medicare? No" | Only 0:13 from provider's start to check-out |
| Redacted | SE Cary Parkway, Cary | L.R. | 10/18/18 | 8:51 | 12:00 | Not Recorded | 12:30 | Not Recorded | 12:21 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | J.L. | 11/8/18 | 8:27 | 11:30 | Not Recorded | 12:00 | Not Recorded | 11:43 | < 0:13 | "Covered by Medicare? No" | Only 0:13 from provider start to check-out |
| Redacted | SE Cary Parkway, Cary | Z.D. | 9/17/19 | 7:24 | 10:30 | Not Recorded | 11:00 | Not Recorded | 10:47 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | L.H. | 9/24/18 | 6:11 | 9:20 | Not Recorded | Not Recorded | Not Recorded | 9:36 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | N.B. | 11/26/18 | 7:58 | 11:00 | Not Recorded | Not Recorded | Not Recorded | 11:22 | Not Recorded | "Covered by Medicare? No" | |
| Redacted | SE Cary Parkway, Cary | L.R. | 2/28/19 | 11:18 | 11:30 | Not Recorded | 11:47 | Not Recorded | 11:43 | < 0:13 | "Covered by Medicare? Yes" | Only 0:13 from provider's start to check-out |
| Redacted | SE Cary Parkway, Cary | L.H. | 3/4/19 | 8:46 | 9:00 | Not Recorded | Not Recorded | Not Recorded | 9:17 | Not Recorded | "Covered by Medicare? Yes" | |
| Redacted | SE Cary Parkway, Cary | J.W.M. | 5/9/19 | 10:48 | 11:00 | Not Recorded | Not Recorded | Not Recorded | 11:21 | Not Recorded | "Covered by Medicare? Yes" | |
| Redacted | Capcom Ave., Wake Forest | L.C. | 2/5/19 | 11:15 | 10:53 | 10:53 | 11:17 | 0:24 | 11:23 | 0:30 | "Covered by Medicare? Yes" | Maximum possible: 0:08 check-in to check-out |
| Redacted | Capcom Ave., Wake Forest | F.D. | 7/8/19 | 8:39 | 9:00 | 9:00 | 9:37 | 0:27 | 9:13 | 0:13 | "Covered by Medicare? No" | |
| Redacted | Situs Ct., Raleigh | C.D. | 10/10/18 | 9:27 | 9:28 | Not Recorded | 10:05 | Not Recorded | 9:48 | Not Recorded | "Covered by Medicare? No" | Maximum possible: 0:21 check-in to check-out |
| Redacted | Situs Ct., Raleigh | C.M. | 10/18/18 | 1:28 | 1:29 | Not Recorded | Not Recorded | Not Recorded | 1:46 | Not Recorded | "Covered by Medicare? No" | Maximum possible: 0:18 check-in to check-out |
| Redacted | Situs Ct., Raleigh | G.D. | 5/9/19 | 3:58 | 4:02 | 4:03 | 4:17 | 0:14 | 4:22 | 0:19 | "Covered by Medicare? No" | |
| Redacted | Situs Ct., Raleigh | L.E.H. | 7/30/19 | 8:52 | 9:05 | 9:14 | 9:31 | 0:17 | 9:20 | 0:06 | "Covered by Medicare? Yes" | |
| Redacted | Situs Ct., Raleigh | T.N. | 8/1/19 | 9:30 | 9:56 | 10:08 | 10:29 | 0:21 | 10:16 | 0:08 | "Covered by Medicare? No" | |
| Redacted | W NC Hwy 54, Durham | R.H. | 2/22/19 | 9:13 | 9:16 | 9:26 | 9:43 | 0:17 | 9:35 | 0:09 | "Covered by Medicare? No" | |
| Redacted | W NC Hwy 54, Durham | J.W. | 5/13/19 | 3:09 | 3:19 | 3:29 | 3:47 | 0:18 | 3:41 | 0:12 | "Covered by Medicare? No" | |
| Redacted | W NC Hwy 54, Durham | M.B. | 5/16/19 | 2:23 | 2:25 | 2:35 | 2:55 | 0:20 | 2:46 | 0:11 | "Covered by Medicare? No" | |
| Redacted | W NC Hwy 54, Durham | M.D. | 7/18/19 | 3:06 | 2:56 | 3:06 | 3:22 | 0:16 | 3:21 | 0:15 | "Covered by Medicare? No" | |
| Redacted | W NC Hwy 54, Durham | E.S. | 7/24/19 | 11:20 | 11:37 | 11:47 | 12:03 | 0:16 | 11:52 | 0:05 | "Covered by Medicare? Yes" | |
| Redacted | Shannon Rd., Durham | C.G. 2 | 6/11/19 | 2:34 | 2:38 | 2:44 | 3:00 | 0:16 | 2:54 | 0:10 | "Covered by Medicare? Yes" | |
| Redacted | Shannon Rd., Durham | B.L. | 6/19/19 | 9:25 | 9:33 | 9:43 | 9:59 | 0:16 | 9:47 | 0:04 | "Covered by Medicare? No" | |
| Redacted | Shannon Rd., Durham | D.C. | 7/3/19 | 9:14 | 9:31 | 9:48 | 10:04 | 0:16 | 9:48 | 0:00 | "Covered by Medicare? Yes" | |
| Redacted | Shannon Rd., Durham | T.B. | 7/9/19 | 7:57 | 8:34 | 8:13 | 8:29 | 0:16 | 8:17 | 0:04 | "Covered by Medicare? Yes" | |
| Redacted | Shannon Rd., Durham | H.L. | 7/23/19 | 2:28 | 2:30 | 2:42 | 2:59 | 0:17 | 2:41 | (0:01) | "Covered by Medicare? No" | |
| Redacted | Shannon Rd., Durham | J.B. | 8/1/19 | 9:21 | 9:31 | 9:44 | 10:00 | 0:16 | 9:49 | 0:05 | "Covered by Medicare? Yes" | |

GOVERNMENT EXHIBIT J

| Location | Initials | Date | | | | | | | | Covered by Medicare? |
|---|---|---|---|---|---|---|---|---|---|---|
| Shannon Rd., Durham | T.B. | 8/7/19 | 7:51 | 8:01 | 8:14 | 8:30 | 0:16 | 8:17 | 0:03 | "Covered by Medicare? Yes" |
| Shannon Rd., Durham | M.D. 2 | 8/16/19 | 10:43 | 10:30 | 10:44 | 11:00 | 0:16 | 10:54 | 0:10 | "Covered by Medicare? Yes" |
| Shannon Rd., Durham | R.D. | 8/27/19 | 12:51 | 1:00 | 1:14 | 1:30 | 0:16 | 1:20 | 0:06 | "Covered by Medicare? Yes" |
| Shannon Rd., Durham | K.T. | 9/12/19 | 12:44 | 1:00 | 1:14 | 1:30 | 0:16 | 1:14 | 0:00 | "Covered by Medicare? Yes" |
| Bush St., Raleigh | M.C | 11/6/17 | 12:33 | 12:40 | 12:40 | 1:15 | 0:35 | 12:51 | 0:11 | "Covered by Medicare? No" |
| Bush St., Raleigh | P.S. | 9/4/18 | 11:37 | 12:00 | 12:00 | 12:40 | 0:40 | 12:07 | 0:07 | "Covered by Medicare? No" |
| Bush St., Raleigh | R.S. | 10/19/18 | 11:18 | 11:30 | 11:40 | 12:00 | 0:20 | 11:46 | 0:06 | "Covered by Medicare? No" |
| Bush St., Raleigh | K.H. | 12/20/18 | 2:02 | 2:00 | 2:00 | 2:20 | 0:20 | 2:15 | 0:15 | "Covered by Medicare? No" |
| Bush St., Raleigh | B.S. | 1/10/19 | 9:48 | 10:00 | 10:00 | 10:20 | 0:20 | 10:14 | 0:14 | "Covered by Medicare? No" |
| Bush St., Raleigh | R.S. | 1/11/19 | 9:51 | 10:00 | 10:00 | 10:20 | 0:20 | 10:07 | 0:07 | "Covered by Medicare? No" |
| Bush St., Raleigh | M.I | 1/11/19 | 10:22 | 10:30 | 10:30 | 10:50 | 0:20 | 10:43 | 0:13 | "Covered by Medicare? No" |
| Bush St., Raleigh | G.S. | 4/4/19 | 12:11 | 12:15 | 12:15 | 12:45 | 0:30 | 12:29 | 0:14 | "Covered by Medicare? No" |
| Bush St., Raleigh | B.S. | 4/2/19 | 2:55 | 3:00 | 3:30 | 3:50 | 0:20 | 3:16 | (0:14) | "Covered by Medicare? No" |
| Bush St., Raleigh | M.C | 4/30/18 | 10:53 | 11:00 | 11:00 | 11:30 | 0:30 | 11:11 | 0:11 | "Covered by Medicare? No" |
| Bush St., Raleigh | J.D | 5/2/19 | 3:56 | 4:00 | Not Recorded | 4:30 | Not Recorded | 4:13 | < 0:13 | "Covered by Medicare? No" |
| Bush St., Raleigh | G.S. | 6/27/19 | 9:56 | 10:00 | 10:00 | 10:20 | 0:20 | 10:12 | 0:12 | "Covered by Medicare? Yes" |
| Bush St., Raleigh | R.S. | 8/13/19 | 11:28 | 11:30 | 11:33 | 12:00 | 0:27 | 11:44 | 0:11 | "Covered by Medicare? No" |
| Bush St., Raleigh | A.B. | 8/13/19 | 1:14 | 1:15 | 1:15 | 1:45 | 0:30 | 1:24 | 0:09 | "Covered by Medicare? No" |

Maximum possible: 0:13 check-in to check-out

0:13 from provider's start time to check-out

Redacted
Redacted
Redacted