IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-512-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ANJELICA BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> MINDPATH CARE CENTERS, NORTH CAROLINA, PLLC, JEFF WILLIAMS, ABIGAIL SHERIFF, SARAH WILLIAMS, <br><br> Defendants. | JOINT DISCOVERY PLAN |

**JOINT MOTION FOR COURT-HOSTED SETTLEMENT CONFERENCE UNDER LOCAL RULE 101.2 AND THE COURT'S SCHEDULING ORDER**

Plaintiff, United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and Defendants Mindpath Care Centers, Jeff Williams, Abigail Sheriff and Sarah Williams, by and through undersigned counsel, request that the Court order a Court-Hosted Settlement Conference and appoint a United States Magistrate Judge to conduct this mediation, pursuant to Local Civil Rule 101.2 and the Court's previous Scheduling Order [DE 53].

1. This joint motion is filed to request that the Court order a Court-Hosted Settlement Conference before a United States Magistrate Judge.

2. The Defendants stated in the Joint Discovery Plan that "settlement may be enhanced by use of mediation before a United States Magistrate Judge." [DE 51, at 8]. The United States and Defendants made efforts to settle this action and are now prepared for Court-Hosted Mediation.

3. The Court's prior Scheduling Order [DE 53 at 2] stated "Upon request, this [C]ourt will assist with settlement negotiations or other ADR by making available a judge other than the trial judge to explore these possibilities should the parties' efforts at private mediation prove unsuccessful."

4. Both parties have expressed interest in settlement and mediation.

5. It should be noted that the United States Attorney's Office has settlement approval authority for the False Claims Act issues presented in this action, in consultation with the Department of Health and Human Services, and that a standard Settlement Agreement must be prepared and executed by Government officials and Defendants if the parties reach a settlement.

Wherefore, the United States and Defendants move this Court to order a Court-Hosted Settlement Conference before a United States Magistrate Judge.

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

4-24-25
DATE

NEAL I. FOWLER
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4049
Facsimile: (919) 856-4821
Email: Neal.fowler@usdoj.gov
NC Bar #27371

2

4-24-25
DATE

*[signature]*

R. Daniel Boyce
Attorney at Law
**MAYNARD NEXSEN PC**
4141 Parklake Ave., Suite 200
Raleigh, NC 27612
Telephone: 919-653-7825
Fax: 919-833-7536
Email: dboyce@maynardnexsen.com
N.C. State Bar No. 12329

3

CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of April, 2025, served a copy of the foregoing upon the below listed Parties electronically and/or by placing a copy of the same in the U.S. Mails, addressed as follows:

    R. Daniel Boyce
    Alice V. Harris
    Jenna K. Godlewski
    Attorney at Law
    **MAYNARD NEXSEN PC**
    4141 Parklake Ave., Suite 200
    Raleigh, NC 27612

    W. Stacy Miller, II
    Miller Law Group, PLLC
    P.O. Box 6430
    Raleigh, NC 27628

/s/ Neal I. Fowler
NEAL I. FOWLER
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4049
Facsimile: (919) 856-4821
NC Bar #27371
Counsel for United States of America

4