IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-512-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ANJELICA BROWN, <br><br> Plaintiff, <br><br> v. <br><br> MINDPATH CARE CENTERS, NORTH CAROLINA, PLLC; JEFF WILLIAMS; ABIGAIL SHERIFF, and SARAH WILLIAMS, <br><br> Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

NOW COME Defendants MindPath Care Centers, North Carolina, PLLC ("MindPath"), Jeff Williams, Abigail Sheriff and Sarah Williams (collectively "Defendants"), by and through undersigned counsel of record, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move for summary judgment as to all claims under the False Claims Act (Counts I – IV) alleged in the Government's Complaint in Intervention on the grounds that there is no genuine issue of material fact, and all Defendants are entitled to judgment on all claims as a matter of law. In support of this Motion, Defendants submit their Memorandum of Law, Statement of Material Facts, Appendix to the Statement of Material Facts, and Affidavits and Declarations of Dr. Diego Garza, Dr. Gregory Helton, and Alison Lovkay.

WHEREFORE, Defendants pray the Court for an Order granting summary judgment, dismissing this action with prejudice, and for such other relief as the Court deems just and proper.

124125426.1
Case 5:19-cv-00512-BO-RJ    Document 73    Filed 04/30/25    Page 1 of 3

Respectfully submitted this the 30th day of April 2025.

| | |
|---|---|
| /s R. Daniel Boyce<br>R. Daniel Boyce<br>N.C. State Bar No. 12329<br>MAYNARD NEXSEN PC<br>4141 Parklake Avenue, Suite 200<br>Raleigh, North Carolina 27612<br>T:  919.755.1800<br>F:  919.653.0425<br>E:  dboyce@maynardnexsen.com<br>Attorneys for Defendants<br>Local Civil Rule 83.1(d)<br>*Attorney for Defendants* | Alice V. Harris<br>Jenna Godlewski<br>MAYNARD NEXSEN, P.C.<br>1230 Main Street Suite 700<br>Columbia, SC 29201<br>(843) 253-8284<br>AHarris@maynardnexsen.com<br>JGodlewski@maynardnexsen.com<br>*Attorney for Defendants* |

# CERTIFICATE OF SERVICE

        I hereby certify that on April 30, 2025, I electronically filed the foregoing and that the same is available for viewing and downloading from the Court's CM/ECF system. The same has been served upon Counsel for the Government as follows:

>Neal I. Fowler, Esq.
>Assistant U.S. Attorney
>Civil Division
>150 Fayetteville Street
>Suite 2100
>Raleigh, North Carolina 27601-1461
>E: neal.fowler@usdoj.gov
>*Counsel for the Government*

>/s R. Daniel Boyce
>R. Daniel Boyce
>N.C. State Bar No. 12329
>**MAYNARD NEXSEN PC**
>4141 Parklake Avenue, Suite 200
>Raleigh, North Carolina 27612
>T: 919.755.1800
>F: 919.653.0425
>E: dboyce@maynardnexsen.com
>*Attorneys for Defendants*