IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CV-512-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.*, Anjelica Brown, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MINDPATH CARE CENTERS, ) <br> NORTH CAROLINA, PLLC, *et al.*, ) <br> ) <br> Defendants. ) | ORDER |

This matter comes before the court on the parties' joint motion to stay all matters pending dismissal and to extend the time to file a stipulation of dismissal by 90 days. [DE-101]. For good cause shown, the motion is allowed. Accordingly, all proceedings in this matter are stayed and the deadline in which to file a dismissal is extended to **Monday, October 27, 2025**.

SO ORDERED, the **31** day of July, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge